UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SALLY B. LAURENT                              CIVIL ACTION

VERSUS                                        NUMBER: 07-3831

MICHAEL J. ASTRUE,                            SECTION: "J"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

**O R D E R**

The Court, having considered the briefs, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 31), and the plaintiff's objections thereto (Rec. Doc. 32), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration denying plaintiff's applications for Social Security benefits is affirmed.

New Orleans, Louisiana, this 26th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE